IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § § § | CRIMINAL ACTION NO. H-10-033 |
| JESUS GILBERTO DELUNA-ROGRIGUEZ | § | |

**ORDER**

Counsel for the defendant has filed a motion to withdraw as counsel, (Docket Entry No. 34). The motion is granted. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on September 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge